**Sean CONNOLLY, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (CRAFT OIL CORPORATION), Respondents**

No. 226 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.